IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRIS MADDOX, #192 714, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11-CV-787-TMH |
| | )             [WO] |
| KIM THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #5) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the Recommendation (Doc. #5) of the Magistrate Judge is ADOPTED and this case is DISMISSED without prejudice for Plaintiff's failures to comply with the orders of this court and to prosecute this action.

A separate judgment shall issue.

Done this 6th day of December, 2011.

/s/ Truman M. Hobbs
_____
UNITED STATES DISTRICT JUDGE